THE DEPARTMENT OF CORRECTIONS HAS NOT INSPECTED OR CENSORED THIS ITEM. THEREFORE, THE DEPARTMENT DOES NOT ASSUME RESPONSIBILITY FOR ITS WRITTEN CONTENTS.

LEE CORRECTIONAL INSTITUTION
SC DEPARTMENT OF CORRECTIONS

THE DEPARTMENT OF CORRECTIONS HAS NOT CENSORED THIS ITEM. THEREFORE, THE DEPARTMENT DOES NOT ASSUME RESPONSIBILITY FOR ITS WRITTEN CONTENTS

LEE CORRECTIONAL INSTITUTE
S.C. DEPARTMENT OF CORRECTIONS



LEGAL

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022

Mitchell Rivers 344799
Lee CI F7113
990 Wisacky Hwy
Bishopville, S.C 29010

RECEIVED
MAR 31 2026
LEE CI MAIL ROOM

COLUMBIA SC 290
31 MAR 2026 PM 2

RECEIVED
USDC CLERK COLUMBIA, SC
2026 APR -2 PM 12:12

ITEM X-RAYED BY
USMS
4-2-26            MS
Signature         Date


FOREVER / USA

United States District court
901 Richland Street
29201 Columbia